# LITE DEPALMA GREENBERG & RIVAS, LLC

ATTORNEYS AT LAW

TWO GATEWAY CENTER

12TH FLOOR

NEWARK, NEW JERSEY 07102-5003

(973) 623-3000
TELEPHONE

(973) 623-0858
FACSIMILE

07-634 (WHW)

February 1, 2007

**RECEIVED**

FEB - 1 2007

AT 8:30    6:17 P.M.
WILLIAM T. WALSH, CLERK

**VIA HAND DELIVERY**
William T. Walsh, Clerk
United States District Court
Martin Luther King Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. v. Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd.**

Dear Mr. Walsh:

We are the attorneys for plaintiffs in the above referenced matter. Enclosed for filing please find an original and five copies of the Complaint, Summonses, Certificate of Non-Arbitrability, and Civil Cover Sheet. Also enclosed is our check in the amount of $350.00 representing the filing fee.

Please file the originals and return a copy stamped in the enclosed self addressed stamped provided. Thank you for your attention to this matter.

Very truly yours,

Michael E. Patunas

MEP:emp
Enclosures